No. 312. CROUCH, ADMINISTRATRIX *v.* CHESAPEAKE & OHIO RAILWAY Co. Sup. Ct. App. Va. Certiorari denied. *Milton Heller, Paul Whitehead, Morris Benson,* and *Arthur Meisnere* for petitioner. *Henry M. Sackett, Jr.,* and *Aubrey R. Bowles, Jr.,* for respondent.

No. 313. GRAHAM *v.* COLON. C. A. 7th Cir. Certiorari denied. *Joseph T. Helling* for petitioner. *Roland Obenchain, Jr.,* for respondent.

No. 316. EDWARDS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *J. B. Tietz* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Paul C. Summitt* for the United States.

No. 318. VANCE TRUCKING Co., INC., ET AL. *v.* CANAL INSURANCE Co. ET AL. C. A. 4th Cir. Certiorari denied. *W. Francis Marion* and *O. G. Calhoun* for petitioners. *Wesley M. Walker* for respondents Canal Insurance Co. et al.

No. 319. RAO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Edward Bennett Williams* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 341. ESTATE OF FREELAND ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *George T. Altman* and *Adam Y. Bennion* for petitioners. *Solicitor General Griswold* and *Assistant Attorney General Rogovin* for respondent.